IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-08-0231 |
| | § | |
| RUTHERFORD OIL CORPORATION and | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States has moved for an extension of time to disclose experts and expert opinions. The motion, which is unopposed, is granted. This court's Scheduling and Docket Control Order of September 11, 2009 is amended as follows:

**April 23, 2010**   Deadline for Rutherford to produce a corporate representative in response to te United States' Notice of Deposition

**June 18, 2010**   Plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Federal Rule of Civil Procedure 26(a)(2).

**August 20, 2010**   The opposing party will designate expert witnesses in writing and provide the report required by Federal Rule of Civil Procedure 26(a)(2).

This relief is without prejudice to the ability of any party to request further amendments to the Scheduling and Docket Control Order.

SIGNED on March 12, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge