IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-08-0231 |
| | § | |
| RUTHERFORD OIL CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Triple S Marine, LLC has filed a motion for partial summary judgment, arguing that it cannot for the 2003 violations alleged in the complaint as a matter of law, because it did not exist at that time. (Docket Entry No. 123). In response, the United States concedes that Triple S is correct and that partial summary judgment is appropriate. (Docket Entry No. 130). Triple S's motion for partial summary judgment is granted.

SIGNED on September 13, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge