IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-08-0231 |
| | § | |
| RUTHERFORD OIL CORPORATION and | § | |
| BROWN WATER MARINE SERVICE, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties have moved for, and the court has granted, a stay of this case pending the completion of the settlement. Based on the announcement of settlement, this court denies, without prejudice, the pending motions. They may be reasserted if appropriate if settlement cannot be finalized as to all the parties.

SIGNED on November 5, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge