IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-08-0231 |
| | § | |
| RUTHERFORD OIL CORPORATION | § | |
| and BROWN WATER MARINE | § | |
| SERVICE, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The United States's Unopposed Motion to Establish Registry Account is granted.

The Clerk is to establish an account in the Registry of the Court titled "Rutherford–East Galveston Bay, March 2001 Account" for the deposit, and subsequent withdrawal or transfer to other accounts, of payments by Rutherford Oil Corporation.

On receipt of $714,000 from Rutherford Oil Corporation, the Clerk of Court will deposit the funds received in such interest-bearing federally insured commercial bank account as the Clerk deems appropriate. All income earned as interest on funds so invested or deposited will be credited to the "Rutherford–East Galveston Bay, March 2011 Account." The funds in the "Rutherford–East Galveston Bay, March 2011 Account" will remain in the Registry until further order of this court. Disbursements from the "Rutherford–East Galveston Bay, March 2011 Account" will be made only on subsequent motion by the United

States and order of the court, in accordance with the terms of the Consent Decree. Approval by Rutherford Oil Corporation or any other defendant will not be required for disbursement.

Counsel of record for the United States will serve as the point of contact in the "Rutherford–East Galveston Bay, March 2011 Account."

The Clerk is authorized by this Order to deduct a fee for maintaining the funds in the Registry Account. The court will retain jurisdiction over these funds and this account until the funds are depleted.

SIGNED on March 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge